1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUIS FERNANDO ACEVES,

       Petitioner,

  v.

MATTHEW CATE, Secretary,
California Department of
Corrections and Rehabilitation, and
JIM MACDONALD, Warden,

       Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. SA CV 09-1477 DOC (JCG)

**ORDER ADOPTING FINDINGS,
CONCLUSIONS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed.  The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

      1.    Judgment shall be entered dismissing the action with prejudice.

      2.    The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: September 27, 2010.

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE