1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| LUIS FERNANDO ACEVES, | ) Case No. SA CV 09-1477 DOC (JCG) |
| Petitioner, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| MATTHEW CATE, Secretary, | ) |
| California Department of | ) |
| Corrections and Rehabilitation, and | ) |
| JIM MACDONALD, Warden, | ) |
| | ) |
| Respondents. | ) |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: September 27, 2010.

_David O. Carter_

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE